UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CARMELISHA AYERS,<br><br>    Plaintiff,<br><br>v.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, L.L.C.,<br><br>    Defendant. | Case No. 2:15-cv-12082<br>Honorable Laurie J. Michelson |

## JUDGMENT

In accordance with the opinion and order entered today, September 28, 2016, it is hereby ORDERED and ADJUDGED that Receivables Performance Management, LLC, is liable to Carmelisha Ayers in the amount of $12,500.

**SO ORDERED.**

Dated: September 28, 2016

s/Laurie J. Michelson
LAURIE J. MICHELSON
U.S. DISTRICT JUDGE

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 28, 2016.

s/Keisha Jackson
Case Manager